

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-84,506-01

**EX PARTE JUAN TARANGO, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 80471-205-1 IN THE 205TH DISTRICT COURT
## FROM EL PASO  COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967).  The habeas record contains no documents from the case. TEX. R. APP. P. 73.4(4). However, it appears that Applicant was convicted of two counts of murder, two counts of attempted murder, and four counts of aggravated robbery. He was sentenced to two sixty-year sentences, one twenty-year sentence, and five fifteen-year sentences, respectively.

On January 13, 2016, an order designating issues was signed by the trial court.  The habeas record has been forwarded to this Court prematurely.  We remand this application to the 205th

District Court of El Paso County to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. The record shall also contain the documents required by Rule of Appellate Procedure 73.4. Any extensions of time shall be obtained from this Court.

Filed: February 10, 2016
Do not publish